UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DEBORAH RIDDLE GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NO. 2:13-CV-63 |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

# J U D G M E N T

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and a decision having been duly rendered,

It is **ORDERED and ADJUDGED** that the plaintiff recover nothing of the defendant, State Farm Fire and Casualty Company, and that the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

DATED:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/*Debra C. Poplin*
   CLERK OF COURT